**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed January 28, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00278-CV

---

**NOMARCO, INC. D/B/A DOMAN FARMS AND DOMAN FARMS LOGISTICS LLC, Appellants**

**V.**

**WADE DENNY AND JULIE DENNY, EACH AS THE WRONGFUL DEATH BENEFICIARIES OF THEIR DAUGHTER, TAYLOR ANN DENNY, Appellees**

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-90836**

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed April 1, 2020. On January 19, 2021, appellants filed a motion to dismiss the appeal and tax costs against the

party that incurred them.[1] *See* Tex. R. App. P. 42.1(a)(1). The motion is granted in part, and the appeal is dismissed. Because the parties have not filed an agreement on taxation of costs, Texas Rule of Appellate Procedure 42.1(d) requires costs to be taxed against appellants. *See* Tex. R.AP..P. 42.1(d).

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.

---

[1] The motion bears an incorrect style (*In Nomarco, Inc. d/b/a Doman Farms and Doman Farms Logistics LLC*) and incorrectly states this proceeding is an original proceeding. Two original proceedings from the underlying trial court cause have already been disposed. *See In re Nomarco, Inc.*, No. 14-20-00129-CV, 2020 WL 1181705 (Tex. App.—Houston [14th Dist.] Mar. 12, 2020, orig. proceeding) (mem. op.) (per curiam); *In re Fila-Mar Energy Servs. LLC*, No. 14-20-00220-CV, 2020 WL 2202483 (Tex. App.—Houston [14th Dist.] May 7, 2020, orig. proceeding) (mem. op.) (per curiam).